IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOHN A SALTER                                                  PLAINTIFF

vs.                                        Civil Action No. 3:12CV738 HTW-LRA

ARTHUR JOHNSTON, MADISON COUNTY
CHANCERY CLERK, CYNTHIA BREWER,
MADISON COUNTY CHANCERY JUDGE,
AND CARYN QUILTER, LICENSED ATTORNEY               DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND DISMISSING CASE

This matter is before the court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson which clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained therein within fourteen (14) days from the date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636, and this court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the order of this court.

**IT IS THEREFORE ORDERED** that this case is dismissed for plaintiff's failure to state a claim on which relief may be granted.

**SO ORDERED, THIS THE 12th DAY OF February, 2013.**

                                               **s/ HENRY T. WINGATE**
                                               **UNITED STATES DISTRICT JUDGE**